UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY B. THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>BOP,<br><br>        Defendants. | Case No. EDCV 13-00825-GHK (JEM)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND/OR FAILURE TO COMPLY WITH A COURT ORDER |

      On May 2, 2013, Rodney B. Thomas ("Plaintiff"), proceeding pro se, filed a civil rights complaint pursuant to 28 U.S.C. § 1983 ("Complaint").

      On May 8, 2013, the Court issued an Initial Order Re: Civil Rights Case, in which Plaintiff was advised that the Complaint was not signed. Plaintiff was ordered to sign and return the signed Complaint within 30 days of the date of the Court's Order of May 8, 2013. Plaintiff was explicitly warned that "[f]ailure to return the signed Complaint to the Court in a timely manner may result in a recommendation that this action be dismissed." (Court's Order of May 8, 2013, at 1.) On July 10, 2013, the Court *sua sponte* extended time for Plaintiff to return the signed Complaint to July 23, 2013. The Court's Order of July 10, 2013, explicitly warned Plaintiff again that "failure to return the signed Complaint in a timely

manner may result in a recommendation that the action be dismissed." (Court's Order of July 10, 2013.)

To date, the signed Complaint has not been received by the Court even though it was initially due 60 days ago, and 14 days have passed since the extended deadline of July 23, 2013.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order.

Plaintiff shall file a written response to this Order to Show Cause no later than **August 20, 2013**. Plaintiff may respond by filing the required signed Complaint or by setting forth compelling reasons why the signed Complaint has not been returned in a timely manner. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Plaintiff is advised that failure to return the signed Complaint or other response to this Order to Show Cause will result in the Court recommending that the case be dismissed for failure to prosecute and/or failure to comply with a Court order.

**IT IS SO ORDERED**.

DATED: August 6, 2013                    */s/ John E. McDermott*
                                         JOHN E. MCDERMOTT
                                         UNITED STATES MAGISTRATE JUDGE